```
                                            FILED
                                            2009 MAY 20 PM 2:51
                                            CLERK U.S. DISTRICT COURT
                                            CENTRAL DIST. OF CALIF.
                                            LOS ANGELES
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CR **CR 09 00488** |
|                           Plaintiff, ) | I N D I C T M E N T |
|                v.                  ) | [18 U.S.C. § 922(g)(1): |
| ANTHONY ROBERT REYNA,              ) | Felon in Possession of Firearm] |
|   aka Apache,                      ) | |
|                           Defendant.) | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about January 25, 2007, in Los Angeles County, within the Central District of California, defendant ANTHONY ROBERT REYNA, also known as Apache, knowingly possessed a firearm, namely, an IMEZ model IJ70-17A, .380 caliber semiautomatic pistol, Serial Number BEH9234, in and affecting interstate and foreign commerce.

Such possession occurred after defendant REYNA had been convicted of the following felonies, each punishable by a term of imprisonment exceeding one year:

JAC:jac

(1) Possess/Mfg/Sell Dangerous Weapon, in violation of California Penal Code Section 12020(a), in the Superior Court of the State of California, County of Los Angeles, case no. VA030490-2, on or about February 17, 1995;

(2) Grand Theft Auto, in violation of California Penal Code Section 487(d), in the Superior Court of the State of California, County of Los Angeles, case no. TA059245, on or about April 2, 2001;

(3) Felon in Possession of Firearm, in violation of California Penal Code Section 12021(a)(1), in the Superior Court of the State of California, County of Los Angeles, case no. TA06934401, on or about April 30, 2003; and

(4) Possess Controlled Substance While Armed, in violation of California Health & Safety Code Section 11370.1(a), in the Superior Court of the State of California, County of Los Angeles, case no. TA07763801, on or about February 22, 2005.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C Ewell*

CHRISTINE C. EWELL
Assistant U.S. Attorney
Chief, Criminal Division

TIMOTHY J. SEARIGHT
Assistant United States Attorney
Chief, Organized Crime Drug
   Enforcement Task Force Section

JENNIFER A. CORBET
Assistant United States Attorney
Organized Crime Drug Enforcement
   Task Force Section

2