FILED

2009 MAY 21 AM 9:16

[stamp: DIST. OF CALIF. LOS ANGELES]

BY ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Anthony Robert Reyna DEFENDANT(S). | CASE NUMBER: CR-09-00488 REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest __5/21/09__ __6:00__ ☒AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   __21 USC 846__
3. Offense charged is a: ☐ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes   ☐ No   ☐ Unknown
5. Year of Birth: __[redacted]/73__
6. The defendant is:   ☐ Presently in custody on this charge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: __Duty__
11. Remarks (if any): _____

12. Date: __5/21/09__   13. Signature: __[signature]__
14. Name: __Hector Zapata__   15. Title: __SA__

---

CR-64 (01/09)   REPORT COMMENCING CRIMINAL ACTION