UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | Western Division | ~~UNDER SEAL~~ |
|---|---|---|---|
| | Plaintiff, | Case Number: 2:09-CR-00488 | Indictment |
| vs. | | Initial App. Date: 05/21/2009 | Initial App. Time: 2:00 PM |
| Anthony Robert Reyna | | | |
| | Defendant. | Date Filed: 05/20/2009 | |
| | | Violation: 18:922(g)(1) | |
| | | CourtSmart: Bca Hernandez Martinez | |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Ralph Zarefsky | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Bernal, Ilene         Jennifer Williams         None
             *Deputy Clerk*         *Assistant U.S. Attorney*         *Interpreter/Language*

[X] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    [ ] preliminary hearing OR [ ] removal hearing / Rule 20.
[X] Defendant states true name [X] is as charged [ ] is _____
[X] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
[X] Attorney: Brianna Fuller, DFPD [X] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
    [ ] Special appearance by: _____
[X] Government's request for detention is: [X] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
[X] Defendant is ordered: [X] Permanently Detained [ ] Temporarily Detained (see separate order).
[ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
[ ] Preliminary Hearing waived.
[ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
[ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for
    District Judge _____ for the setting of further proceedings.
[ ] Preliminary Hearing set for _____ at 4:30 PM _____
[X] PIA set for: 6-27-09 at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
[ ] Defendant executed Waiver of Rights. [ ] Process received.
[ ] Court ORDERS defendant Held to Answer to _____ District of _____
    [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
    [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
    [ ] Warrant of removal and final commitment are ordered stayed until _____
[ ] Case continued to (Date) _____ (Time) _____ AM / PM
    Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
    Proceedings will be held in the [ ] Duty Courtroom [ ] Judge's Courtroom _____
[X] Defendant committed to the custody of the U.S. Marshal. [ ] Summons-Defendant ordered to report to USM for processing.
[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
[ ] RELEASE ORDER NO: _____
[ ] Other: _____

         [ ] PSA              [ ] FINANCIAL              [ ] READY
                                                         Deputy Clerk Initials: IB :15