## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:09-CR-00488          Recorder: CS 05/27/2009          Date: 05/27/2009

Present: The Honorable Stephen J. Hillman, U.S. Magistrate Judge

Court Clerk: Terry R. Baker                    Assistant U.S. Attorney: Jennifer Corbet

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ANTHONY ROBERT REYNA, aka Apache<br>    CUSTODY-PRESENT | BRIANNA J. FULLER, special appearance by ALICIA Y. BLANCO<br>    DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Florence-Marie Cooper.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 07/14/2009 at 9:00 A.M.
    Status Conference 07/06/2009 at 1:30 P.M.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 2 to 3 days.

00 : 04
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA USMLA