PY#
1692183

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | Plaintiff(s) | CASE NUMBER: |
|---|---|---|
| v. | | CR 09 00488 |
| ANTHONY ROBERT REYNA aka Apache  56230-112 | Defendant(s) | **WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **ANTHONY ROBERT REYNA, aka Apache** and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐Complaint ■Indictment ☐Information ☐Order of Court ☐Probation Violation Petition ☐Violation Notice charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Felon in Possession of Firearm**

in violation of Title **18:** United States Code, Section(s) **922(g)(1):**

| Terry Nafisi | May 20, 2009   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: **VICTOR B. KENTON** |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED WITHIN THE C/CA
BY: FBI
ON: 5/21/09
SIGNED:

DATE RECEIVED:
DATE OF ARREST: 5/21/09

NAME OF ARRESTING OFFICER

TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**

CR-12 (07/04)   PAGE 1 OF 2