ORIGINAL

LODGED
CLERK, U.S. DISTRICT COURT
MAY 27 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 09-488- FMC |
| v. | |
| ANTHONY ROBERT REYNA | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 |
| DEFENDANT(S). | (Related Criminal Case) |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

6-3-09                                    [signature]
Date                                      United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

Date                                      United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case CR 09-471- DDP _____ and the present case:

☒ A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
☐ B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

**Notice to Counsel from Clerk**

On all documents subsequently filed in this case, please substitute the initials __DDP__ after the case number in place of the initials of the prior judge, so that the case number will read __CR 09-00488 DDP__. This is very important because traditionally filed documents are routed to the assigned judge by means of these initials.

Traditionally filed subsequent documents must be filed at the: ☒ Western   ☐ Southern   ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

cc: ☐ PSALA   ☐ PSASA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☐ Previous Judge   ☐ Statistics Clerk

CR-59 (12/07)            ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (Related Criminal Case)