THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIFER A. CORBET (SBN 208241)
Assistant United States Attorneys
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3752
     Facsimile: (213) 894-0142

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 09-00488-DDP |
|---|---|
| Plaintiff, | ) STIPULATION RE: CONTINUANCE OF TRIAL DATE AND SPEEDY TRIAL FINDINGS |
| v. | ) |
| ANTHONY ROBERT REYNA, | ) Current Trial Date: 7/14/09 |
| Defendant. | ) Requested Trial Date: 11/10/09 |

Plaintiff United States of America, by and through its counsel of record, and defendant Anthony Robert Reyna, by and through his counsel of record Deputy Federal Public Defender Brianna Fuller, hereby agree and stipulate as follows:

1. Defendant is charged in an indictment made public on May 21, 2009, with violating of 18 U.S.C. § 922(g)(1): Felon in Possession of Firearm. Defendant first appeared before a judicial officer in the court in which these charges are pending on May 21, 2009. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before July 30, 2009.

2. Trial is currently set to commence on July 14, 2009.

3. This is the first request for a continuance.

4. The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a. Defendant's case was part of a wiretap investigation that lasted over 2 years, and involved the interception of 33 telephones. Defendant was intercepted during the investigation. The discovery in this case, together with the related cases, is voluminous, including hundreds of thousands of recorded telephone calls and written call summaries, and more than 200,000 pages of documents.

    b. In order to adequately prepare for this case, defense counsel requires additional time to, among other things: review the discovery materials, review and discuss the discovery materials with her client, investigate the case, determine whether pre-trial motions are appropriate, research and prepare any pretrial motions, determine whether this case will proceed to trial, and fully prepare for trial.

    c. In light of the foregoing, counsel for defendant represents that a failure to grant the requested continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In addition, defense counsel represents that she has spoken to her client about his rights under the Speedy Trial Act, her client understands those rights as well as the ramifications of requesting a continuance, her client voluntarily agrees to waive those rights, and her client concurs with the request for a new

1 | trial date.

2 |     d.  Due defense counsel's workload and the amount of
3 | time needed to adequately and effectively prepare a defense, the
4 | proposed trial date is the first available date at which defense
5 | counsel would be available and prepared for trial. Therefore,
6 | defendant respectfully requests that the Court continue trial in
7 | this matter to November 10, 2009.

8 |     e.  The government does not object to the requested
9 | continuance.

10 |     f.  The requested continuance is not based on
11 | congestion of the Court's calendar, lack of diligent preparation
12 | on the part of the attorney for the government or the defense, or
13 | failure on the part of the attorney for the Government to obtain
14 | available witnesses.

15 |     5.  For purposes of computing the date under the Speedy
16 | Trial Act by which defendant's trial must commence, the parties
17 | agree that the time period of July 14, 2009 to November 10, 2009,
18 | inclusive, should be excluded pursuant to 18 U.S.C.
19 | §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the
20 | delay would result from a continuance granted by the Court at
21 | defendants' request, without government objection, on the basis
22 | of the Court's finding that: (i) the ends of justice served by
23 | the continuance outweigh the best interest of the public and the
24 | defendants in a speedy trial; (ii) failure to grant the
25 | continuance would be likely to make a continuation of the
26 | proceeding impossible, or result in a miscarriage of justice; and
27 | (iii) failure to grant the continuance would unreasonably deny
28 | defendants continuity of counsel and would deny defense counsel

3

the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6.  Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

THOMAS P. O'BRIEN
United States Attorney

June 30, 2009
DATE

JENNIFER A. CORBET
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

_____
DATE

BRIANNA FULLER

Attorney for Defendant
Anthony Robert Reyna

the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

THOMAS P. O'BRIEN
United States Attorney

_____
DATE

JENNIFER A. CORBET
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

6/30/09
DATE

BRIANNA FULLER

Attorney for Defendant
Anthony Robert Reyna

4