THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JENNIFER A. CORBET (SBN 208241)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3752
     Facsimile: (213) 894-0142

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR 09-00488-DDP |
| )   Plaintiff,                     ) | [PROPOSED] ORDER CONTINUING TRIAL DATE |
| )           v.                     ) | |
| )   ANTHONY ROBERT REYNA,          ) | |
| )           Defendant.             ) | |
| )                                   ) | |

The Court, having considered the Parties' Stipulation regarding (1) continuance of trial date and (2) findings of excludable time periods pursuant to Speedy Trial Act, the Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and

1  defendant in a speedy trial; (ii) failure to grant the
2  continuance would be likely to make a continuation of the
3  proceeding impossible, or result in a miscarriage of justice; and
4  (iii) failure to grant the continuance would unreasonably deny
5  defendant continuity of counsel and would deny defense counsel
6  the reasonable time necessary for effective preparation, taking
7  into account the exercise of due diligence.
8  THEREFORE, FOR GOOD CAUSE SHOWN:
9       1.   The trial in this matter is continued from July 14,
10 2009 to November 10, 2009 at 9:00 am.
11      2.   The time period of July 14, 2009 to November 10, 2009,
12 inclusive, is excluded in computing the time within which the
13 trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
14 (h)(7)(B)(i), and (B)(iv).
15      3.   Nothing in this Order shall preclude a finding that
16 other provisions of the Speedy Trial Act dictate that additional
17 time periods are excluded from the period within which trial must
18 commence.  Moreover, the same provisions and/or other provisions
19 of the Speedy Trial Act may in the future authorize the exclusion
20 of additional time periods from the period within which trial
21 must commence.
22      IT IS SO ORDERED.
23
24 DATED: _____, 2009    _____
                                HON. DEAN D. PREGERSON
25                              UNITED STATES DISTRICT JUDGE
26 Presented by:
27 _____/s/_____
   JENNIFER A. CORBET
28 Assistant United States Attorney