UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 09-00488  DDP                                      Dated: July 2, 2009

========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

========================================================================
U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)   ANTHONY ROBERT REYNA            1)   Brianna J. Fuller
     Not Present                          Not Present

_____

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that the STATUS CONFERENCE set for July 6, 2009 is hereby VACATED.

**cc:  P. O.**
**     P. S. A. L. A.**

                                                            :   N/A
                                         Initials of Deputy Clerk   JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1