UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 09-00488  DDP                                Dated: October 30, 2009

====================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| Tanya Durant | None Present | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

====================================================================
U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)   ANTHONY ROBERT REYNA            1)   Brianna J. Fuller
     Not Present                          Not Present

_____

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that a HEARING RE: CHANGE OF PLEA is hereby set for November 4, 2009 at 1:30 p.m.

**cc:  P. O.**
      **P. S. A. L. A.**

                                                            :   N/A
                                         Initials of Deputy Clerk   TMD