UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 09-00488  DDP                                                          Dated: November 2, 2009

==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

==================================================================
U.S.A. vs (Dfts listed below)             Attorneys for Defendants

1)   ANTHONY ROBERT REYNA              1)   Brianna J. Fuller
     Not Present                             Not Present

_____

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the CHANGE OF PLEA is hereby continued from November 4, 2009 to November 5, 2009 at 1:30 p.m.


**cc:  P. O.**
**       P. S. A. L. A.**

                                                                                          :   N/A
                                                               Initials of Deputy Clerk    JAC

CR-11 (09/98)                          **CRIMINAL MINUTES - GENERAL**                          Page 1 of 1