# EXHIBIT A

**REPORT CONTINUATION - NARRATIVE**

**Evidence (cont.)**

**Seized from 7127 Sorensen Ave., Whittier**

Ev. 8  1 Digital scale.

Ev. 9  (3) rolls of plastic wrap.

Ev. 10 1 (1) Heat sealer and (1) box of plastic wrap.

**Seized from 2817 Arbor Rd., Lakewood**

Ev. 11 1  Envelope containing numerous plastic baggies, a digital scale, paperwork in the name of John Renaudo, a walkie talkie, a police scanner, methamphetamine test kits, and (5) 12 gauge shotgun shells.

Ev. 12 1  Narcotics envelope containing assorted prescription pills in a plastic container. Lab receipt # J851508.

Ev. 13 1  Narcotics envelope containing a green leafy substance resembling marijuana. Lab receipt # J851509.

Ev. 14 1  Narcotics envelope containing a substance resembling methamphetamine. Lab receipt # J851510.

Ev. 15 1  Narcotics envelope containing an undetermined amount of United States currency.

**Seized from 15925 Indiana Ave., Paramount**

Ev. 16 1  Rifle, semi-auto, .22 caliber, "Stock Arms", model 1600R,  blue steel with expandable stock, serial number A577481.

Ev. 17 1 Envelope containing a surveillance camera.

Ev. 18 1 Plastic envelope with the words "drug money" written on it, (13) live .25 caliber rounds, (1) box containing (45) live .38 caliber rounds in it, (1) box containing (39) live .22 caliber rounds, photos, and one scale.

Ev. 19 1 Pistol, .380 caliber, "Bwest", model IJ70-17A, blue steel with black plastic grips, serial # BEH9234.

**REPORT CONTINUATION - NARRATIVE**

007-02459-1399-151

**Evidence (cont.)**

**Seized from 15925 Indiana Ave., Paramount**

Ev. 20 1 Cell phone, "Helio", model, serial # 00511601741.

Ev. 21 1 Envelope containing a digital scale, (1) cellphone, Verizon, serial #
603KPMZ044215, miscellaneous retail store gift cards.

Ev. 22 1 Envelope containing miscellaneous gift cards and MP3 digital
music player.

Ev. 23 1 Revolver, .38 caliber, "Taurus", stainless steel, rubber grips, and (5) live .38
caliber rounds. Serial # 055785

Ev. 24 1 Firearm case, blue in color.

**Seized from 948 N. Loma Vista, Long Beach**

Ev. 25 1 Bass guitar, "Fender", light wood in color, serial # 642719.

Ev. 26 1 Bass guitar, "Hufner", brown in color.

Ev. 27 1 Black nylon case containing paperwork in the name of John Edwards.

Ev. 28 1 Narcotics envelope containing an undetermined amount of United States
currency.

Ev. 29 1 Envelope containing numerous watches, numerous items of costume jewelry,
and empty plastic baggies.

Ev. 30 1 Envelope containing a digital scale and a surveillance camera.

Ev. 31 1 Nylon bag containing a surveillance monitor.

Ev. 32 1 Narcotics envelope containing (3) plastic baggies each containing a green
leafy substance resembling marijuana.  Lab receipt # J851511.

# EXHIBIT B

**REPORT CONTINUATION - NARRATIVE**

**Page 18 of 28**
007-02459-1399-151

The following areas were also searched by members of the search team

Bedrooms
Living room
Kitchen
Bathroom

No additional items of evidentiary value were discovered in these areas. The occupants of the residence had committed no criminal offense and were free to leave. The location was videotaped before and after the search by Sergeant Blackwell. An audio tape of the entry was made by Sergeant Blackwell.

I responded to 15925 Indiana Av., Paramount and contacted Deputy Delgadillo in regards to the search warrant service at the location. He told me that forced entry was made at the location by LASD Special Enforcement Bureau (see supplemental report by Deputy Aleman for details of the entry). Delgadillo said that the following individuals were detained inside of the residence after the entry.



Maria Mc Henry          15925 Indiana Av., Paramount
                   -95  15925 Indiana Av., Paramount
                   -98  15925 Indiana Av., Paramount
John Mc Henry           15925 Indiana Av., Paramount
                   -01  15925 Indiana Av., Paramount
                   -99  15925 Indiana Av., Paramount
Michael Sanchez         15925 Indiana Av., Paramount
Robert Mc Henry         15925 Indiana Av., Paramount
Anthony Reyna 10-09-73  15925 Indiana Av., Paramount
Rosalva Mc Henry        15925 Indiana Av., Paramount

Anthony Reyna and Rosalva Mc Henry are both named on the search warrant. Reyna is currently on active parole status.

Detective Mc Bride and Narcotics Detection K-9 "Buddy" conducted a search of the residence. "Buddy" alerted to no areas inside of the residence.

Prior to the search of the residence, I contacted John Mc Henry, who was being detained in the rear of a patrol vehicle, in order to obtain identification information. He told me without solicitation, "I have (2) guns inside of the residence, I'll show you where they are". I immediately informed Deputy Delgadillo to walk into the residence with John Mc Henry in order to safely locate and retrieve the firearms.

**REPORT CONTINUATION - NARRATIVE**

John Mc Henry subsequently pointed out a .22 caliber rifle (Ev-16) and .380 caliber handgun (Ev-19) to Deputy Delgadillo in the converted garage living area. John Mc Henry admitted possession of the firearms to Delgadillo. Mc Henry also told Delgadillo he believed the firearms were stolen. He was subsequently placed John Mc Henry under arrest for 496 (a) PC (see report by Deputy Delgadillo under file # 407-02464-1368-609).

Deputies Williams, Delgadillo, and Delgado continued a search of the converted garage area. Delgadillo discovered a plastic bag on top of a bookshelf along the East wall. He examined the bag and saw that it contained live .38 and .22 caliber ammunition inside of it (Ev-18). Delgadillo also discovered (5) photographs depicting gang membership (Ev-18) in a desk inside of the garage.

Delgadillo discovered a digital scale (Ev-21) against the East wall of the garage. The scale is the type commonly used to weigh narcotics for the purpose of sales and distribution. Deputy Garfin searched a "Brinks" portable safe which was in the garage area and open at the time of the search. He discovered a box of live .25 caliber ammunition (Ev-18) inside of it. Sergeant Dulla discovered a gun case (Ev-24) on the floor in the garage area.

Deputies Delatorre, Williams, Woodward, and Delgadillo conducted a search of the second floor West bedroom. Deputy Delatorre discovered a surveillance camera in the closet area ((Ev-17). These cameras are the type commonly used by narcotic dealers to detect Law Enforcement activity in their operating areas. Deputy Woodward discovered (3) credit cards underneath the bed in the room. Deputy Williams discovered a gift card from a dresser against the East wall. He also discovered (8) miscellaneous gift cards (Ev-22) from the bed headboard storage area and digital music player from against the North wall area (Ev-22). It should be noted that Rosalva Mc Henry and Anthony Reyna are named in an on-going investigation in regards to credit card and gift card fraud.

Delgadillo told me that Deputies Summers and Suarez searched the Southeast bedroom of the residence belonging to Rosalva Mc Henry and Anthony Reyna. Deputy Suarez discovered a revolver (Ev-23) from a plastic container which was on the bed. He examined it and saw that it contained (5) live .38 caliber rounds (Ev-23). Deputy Summers discovered cell phone camera (Ev-21), a second cell phone (Ev-20), and numerous retail store gift cards from the closet area of the room. It should be noted that the MP3 player found (Ev-22) appeared to be new in the box. This is common when items are fraudulently purchased and resold later for cash/narcotics.

# EXHIBIT C

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: 87 |
|---|---|---|

## SUMMARY OF EVENT:

On May 21, 2009, a state search warrant was served at location #27, 15925 Indiana Avenue, Paramount, California.  Firearms and ammunition were recovered and Anthony REYNA was taken into custody

## NARRATIVE:

1. On May 21, 2009, a state search warrant was served at 15925 Indiana Avenue, Paramount, California.  At approximately 5:00 am, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Response Team (SRT), conducted the tactical entry to the residence without incident.  Anthony REYNA was the sole occupant inside the residence at the time.

2. The following personnel were present during the search of the residence:  Los Angeles Sheriff's Department: Newman, Garcia, Trap, Sirkel, Morgan, Clinksdale, Anderson, and Gomez, Drug Enforcement Administration (DEA) Special Agent (SA) Lopresti, and ATF SA Sam Chung.

3. Sixty-three (63) rounds of .30 caliber ammunition were found in the top left drawer of the television cabinet located in the master bedroom by LASD Deputy Trap.  Nineteen of the rounds had "R-P" on the headstamp and forty-four (44) of the rounds had "50" on the headstamp.

4. A small locked safe was also found in the master bedroom.  REYNA stated he does not know where the key to the safe was.  The safe was forced opened and the following were recovered from inside the safe:

   One (1) Amadeo Rossi .38 special revolver, serial number D316480
   Fourteen (14) rounds of various make 9 mm ammunition
   Forty (40) rounds of "WCC" 9 mm ammunition
   Forty two (42) rounds of "WIN" .380 ammunition
   Forty (40) rounds of "WIN" 9 mm ammunition
   Forty (40) rounds of "PMC" .38 special ammunition
   Twelve (12) rounds of "CBC" .38 caliber ammunition

| Prepared by: Sam K. Chung | Title: Special Agent, Los Angeles I Field Office | Signature: | Date: 5/27/09 |
|---|---|---|---|
| Authorized by: Eric D. Harden | Title: Group Supervisor, Glendale I Field Office | Signature: | Date: 6/1/09 |
| Second level reviewer (optional): John A. Torres | Title: Special Agent in Charge, Los Angeles Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

200818

AR 000299

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| | | 87 |

5. A Phoenix Arms .25 caliber pistol serial number 4261345, loaded with four (4) rounds of .25 caliber "W-W" ammunition in the magazine was found in underneath the box spring in the northwest bedroom by LASD Deputy Clinksdale.

6. Fifty (50) rounds of .38 special "R-P" ammunition were found in lower left wall cabinet in the work/storage room by LASD Deputy Morgan.

7. Anthony REYNA was taken into custody and transported by LASD personnel.  SA Chung took all the evidence listed above and a letter addressed to Anthony REYNA to establish that he lives at 15925 Indiana Avenue to the ATF command post located at 11200 Lexington Drive, Los Alamitos, California.  All the items were booked into custody.

ATF EF 3120.2 (10-2004)
For Official Use Only

200819

AR 000300

# EXHIBIT D

**LASD FIELD INTERVIEW CARD**

| DATE | TIME | | UNIT |
|---|---|---|---|
| 8/15/07 | 1400 | P368 | 130GB |

LOCATION
15925 INDIANA AVE - PARAMOUNT

NAME (LAST, FIRST, MIDDLE)
REYNA, ANTHONY ROBERT

ADDRESS
15925 INDIANA AVE.

CITY, STATE, ZIP 90733   PHONE 562
PARAMOUNT, CA.   693-7132

| DOB | RACE | SEX | HAIR | EYES | HT | WT |
|---|---|---|---|---|---|---|
| 10-9-73 | H | M | BRO | BRO | 506 | 190 |

OLN
B3982456 CA   AKA "APACHE"

GANG
EASTSIDE PARAMOUNT   ☒ KNOWN ☐ SUSPECTED

CLOTHING
BLUE T-SHIRT

GRY PANTS

| HAIR LGTH | HAIR STYLE | COMPLEXION | FACIAL HAIR |
|---|---|---|---|
| ☐ 1 COLLAR | ☐ 1 AFRO / NAT | ☐ 1 ACNE / POCK | ☐ 1 BEARD |
| ☐ 2 LONG | ☐ 2 BRAIDED | ☒ 2 DARK | ☐ 2 CLEAN SHAVEN |
| ☐ 3 SHORT | ☐ 7 CURLEY | ☐ 3 FRECKLED | ☐ 3 FUZZ |
| ☐ 4 SHOULDER | ☐ 8 GREASY | ☐ 4 LIGHT / FAIR | ☐ 4 GOATEE |
| ☐ 99 | ☐ 11 MILITARY | ☐ 5 MEDIUM | ☒ 5 MOUSTACHE |
| SHAVED | ☐ 10 STRAIGHT | ☐ 6 PALE | ☐ 8 UNSHAVEN |
| | ☒ 99 SHAVED | ☐ 99 | ☐ 99 |

TATTOOS / SCARS / MARKS / ODDITIES

| L | R | | |
|---|---|---|---|
| ☒ | ☒ | 1 ARM | T/T "ESP" |
| ☐ | ☐ | 3 FACE HAIR | → T/T "ESP" |
| ☐ | ☐ | 6 HAND | |
| ☐ | ☐ | 7 NECK | |
| ☐ | ☐ | 9 OTHER | |

SH-R-48A

| VEH LIC NO | | ST | YR | MAKE |
|---|---|---|---|---|
| MODEL | STYLE | | COLOR | |

VEH ODDITIES

POSITION IN VEHICLE

**ASSOC # 1**  *(LAST, FIRST)*
PACHECO, JACOB MH/5-29-84

**ASSOC # 2**  *(LAST, FIRST)*
CASTRO FRANK HERRERA 12-17-71

**ASSOC # 3**  *(LAST, FIRST)*
MUNIZ, NICHOLAS 3-21-78

**NARRATIVE**
SELF-ADMIT

GANG TATOOS

GANG DRESSED

S/REYNA ARRESTED RE: "PAL"

WARRANT & 14601.1(a) VC warrant

* ON PAROLE /94N P.O ORTIZ

- HOLD PLACED -

G. Herrera                416095

**DEPUTY(S)**                              **EMPLOYEE #**

* ARRESTED 8/14/2007
  RE: WARRANTS