UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  CR 09-00488  DDP                                               Dated: February 23, 2010

==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

==================================================================
U.S.A. vs (Dfts listed below)            Attorneys for Defendants

1)   ANTHONY ROBERT REYNA              1)   Brianna J. Fuller
     Not Present                             Not Present

_____

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the SENTENCING is hereby continued from February 22, 2010 to February 26, 2010 at 10:00 a.m.


**cc:  P. O.**
      **P. S. A. L. A.**

                                                                    :   N/A
                                                    Initials of Deputy Clerk   JAC

---

CR-11 (09/98)                  **CRIMINAL MINUTES - GENERAL**                  Page 1 of 1