PROB 12
(Rev. 11/04)

# United States District Court

for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

MAY 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: JRE  DEPUTY

U.S.A. VS. ANTHONY ROBERT REYNA                Docket No. CR09-00488-DDP

### Petition on Probation and Supervised Release (Modification)

**COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT**, presenting an official report upon the conduct and attitude of <u>ANTHONY ROBERT REYNA</u> who was placed on supervision by the Honorable <u>DEAN D. PREGERSON</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>26th</u> day of <u>February, 2010</u>, who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Anthony Robert Reyna, as a special condition of supervision, shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, as directed by the Probation Officer. The offender shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision;

As directed by the Probation Officer, the offender shall pay all or part of the costs of treating the offender's drug/alcohol dependency to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672. The offender shall provide payment and proof of payment as directed by the Probation Officer;

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this <u>7TH</u> day of <u>MAY</u>, 20<u>14</u> and ordered filed and made a part of the records in the above case. | _____<br>FERREOL M. VIDAÑA<br>U. S. Probation Officer<br>Place: San Bernardino, California |
| _____<br>United States District Judge<br>DEAN D. PREGERSON | Approved: MARK R. CHAVEZ<br>Supervising U.S. Probation Officer<br><br>Date: May 1, 2014 |