FILED
2014 SEP 19 AM 11:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | CR09-00488-DDP |
| ANTHONY ROBERT REYNA DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 09/19/2014 8:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583

5. Offense charged is a: ☐ Felony ☐ Minor Offense ☐ Petty Offense ☒ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1973

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: Cesar Perez (please print)

12. Office Phone Number: 213-276-2250        13. Agency: USMS

14. Signature: _____                    15. Date: 09/19/2014

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION