# ORIGINAL

STEPHANIE YONEKURA
Acting United States Attorney
JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office
DANIEL ACKERMAN (Cal. State Bar No. 215797)
Assistant United States Attorney
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: 951-276-6087
    Facsimile: 951-276-6202
    E-Mail: daniel.ackerman@usdoj.gov

```
                    FILED
         CLERK, U.S. DISTRICT COURT

              SEP 1 9 2014

      CENTRAL DISTRICT OF CALIFORNIA
      EASTERN DIVISION      BY DEPUTY
```

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:09CR488-DDP<br>)<br>)<br>) |
|        Plaintiff, | )<br>) |
|            v. | ) GOVERNMENT'S NOTICE OF REQUEST<br>) FOR DETENTION |
| ANTHONY REYNA, | )<br>) |
|        Defendant. | )<br>)<br>)<br>)<br>) |

    Plaintiff, United States of America, by and through its
counsel of record, hereby requests detention of defendant and
gives notice of the following material factors:

    1.   Temporary 10-day Detention Requested (§ 3142(d))
    on the following grounds:

_____ a. offense committed while defendant was on

   release pending (felony trial), (sentencing)

   (appeal) or on (probation) (parole);

_____ b. alien not lawfully admitted for permanent

   residence;

_____ c. flight risk;

_____ d. danger to community.

_____ 2. <u>Pretrial Detention Requested (§ 3142(e)) because</u>

   <u>no condition or combination of conditions will</u>

   <u>reasonably assure against</u>:

_____ a. danger to any other person or the community;

_____ b. flight.

3. <u>Detention Requested Pending Supervised</u>

   <u>Release/Probation Revocation Hearing (Rules</u>

   <u>32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

_____ a. Defendant cannot establish by clear and

   convincing evidence that he/she will not pose

   a danger to any other person or to the

   community;

_____ b. Defendant cannot establish by clear and

   convincing evidence that he/she will not

   flee.

_____ 4. <u>Presumptions Applicable to Pretrial Detention</u>

   <u>(18 U.S.C. § 3142(e))</u>:

_____ a. Title 21 or Maritime Drug Law Enforcement Act

   ("MDLEA") (46 U.S.C. App. 1901 et seq.)

   offense with 10-year or greater maximum

2

1    penalty (presumption of danger to community

2    and flight risk);

3    _____  b.  offense under 18 U.S.C. § 924(c) (firearm

4    used/carried/possessed during/in relation

5    to/in furtherance of crime), § 956(a), or §

6    2332b (presumption of danger to community and

7    flight risk);

8    _____  c.  offense involving a minor victim under 18

9    U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1),

10    2245, 2251, 2251A, 2252(a)(1)-(a)(3),

11    2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422,

12    2423 or 2425 (presumption of danger to

13    community and flight risk);

14    _____  d.  defendant currently charged with (I) crime of

15    violence, (II) offense with maximum sentence

16    of life imprisonment or death, (III) Title 21

17    or MDLEA offense with 10-year or greater

18    maximum sentence, or (IV) any felony if

19    defendant previously convicted of two or more

20    offenses described in I, II, or III, or two

21    or more state or local offenses that would

22    qualify under I, II, or III if federal

23    jurisdiction were present, or a combination

24    of such offenses, AND defendant was

25    previously convicted of a crime listed in I,

26    II, or III committed while on release pending

27    trial, AND the current offense was committed

28

within five years of conviction or release
from prison on the above-described previous
conviction (presumption of danger to
community).



5.  **Government Is Entitled to Detention Hearing**
    **Under § 3142(f) If the Case Involves:**

    a.  a crime of violence (as defined in 18 U.S.C.
        § 3156(a)(4)) or Federal crime of terrorism
        (as defined in 18 U.S.C. § 2332b(g)(5)(B))
        for which maximum sentence is 10 years'
        imprisonment or more;

    b.  an offense for which maximum sentence is life
        imprisonment or death;

    c.  Title 21 or MDLEA offense for which maximum
        sentence is 10 years' imprisonment or more;

    d.  instant offense is a felony and defendant has
        two or more convictions for a crime set forth
        in a-c above or for an offense under state or
        local law that would qualify under a, b, or c
        if federal jurisdiction were present, or a
        combination or such offenses;

    e.  any felony not otherwise a crime of violence
        that involves a minor victim or the
        possession or use of a firearm or destructive
        device (as defined in 18 U.S.C. § 921), or
        any other dangerous weapon, or involves a
        failure to register under 18 U.S.C. § 2250;

1           f.   serious risk defendant will flee;

2           g.   serious risk defendant will (obstruct or

3                attempt to obstruct justice) or (threaten,

4                injure, or intimidate prospective witness or

5                juror, or attempt to do so).

6      6.   Government requests continuance of _____ days

7           for detention hearing under § 3142(f) and based

8           upon the following reason(s):

9      _____

10     _____

11     _____

12     7.   Good cause for continuance in excess of three

13          days exists in that:

14     _____

15     _____

16     _____

17

18     DATED:   SEPTEMBER 19, 2014      Respectfully submitted,

19                                      STEPHANIE YONEKURA
                                        Acting United States Attorney
20

21                                      JOSEPH B. WIDMAN
                                        Assistant United States Attorney
22                                      Chief, Riverside Branch Office

23

24                                      _____
                                        Daniel Ackerman
25                                      Assistant United States Attorney
                                        Attorneys for Plaintiff
26                                      UNITED STATES OF AMERICA

27

28

                                     5