HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
MARISOL ORIHUELA (Bar No. 261375)
(E-Mail: Marisol_Orihuela@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2644
Facsimile: (213) 894-0081

Attorneys for Defendant
ANTHONY ROBERT REYNA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY ROBERT REYNA,<br><br>Defendant. | NO. CR 09-488-DDP<br><br>**NOTICE OF REASSIGNMENT** |

Deputy Federal Public Defender Marisol Orihuela hereby gives notice that she has been assigned to represent Defendant Anthony Robert Reyna in place and stead of Deputy Federal Public Defender David Young J. Kim.

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to accurately reflect the newly-assigned attorney to ensure that she receives all e-mails relating to filings in this case.

                                            Respectfully submitted,

                                            HILARY POTASHNER
                                            Acting Federal Public Defender

DATED: September 25, 2014    By  */s/ Marisol Orihuela*
                                                  MARISOL ORIHUELA
                                                  Deputy Federal Public Defender