**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TO:**      Clerk, United States District Court

Attention:   John Chambers                                    Date: September 29, 2014
                  Deputy Clerk

**SUBJECT:  REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|------|-----------|-------------|
| ANTHONY ROBERT REYNA | CR 09-00488 DDP | 56230-112 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY    MARISOL ORIHUELA |
|------|------|
| 9/19/14 | TELEPHONE NO.  (213) 894-2644 |

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing during the week of

October 7, 2014_____.   The defendant was taken into local custody and the issuance of Writ is not required.

Interpreter Needed?    ☐ Yes    ☒ No           Language Type: _____

FERREOL VIDANA, (909) 383-6311                    MARK R. CHAVEZ, (909) 383-5730
U. S. PROBATION OFFICER                          SUPERVISING PROBATION OFFICER

**FAX NO.** (909) 383-5602

*Routing of Request:*       *Orig. To Clerk's Office*            *Copies to:*   *U. S. Attorney (Chief, Criminal Division)*
                                                                              *Federal Public Defender (Chief Deputy)*

---

*FOR CLERK'S USE ONLY*

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the

Honorable Dean D. Pregerson, U.S. District Judge,  on Wednesday, November 5, 2014 at 3:00 p.m., in Courtroom No. 3.

CLERK, U. S. DISTRICT COURT

Date October 10, 2014_____                           By John A. Chambers_____
                                                                      Deputy Clerk

*Routing on Notice by Clerk:*       *Original  -  Court File*                       ☐
                                  *cc:   U. S. Probation Officer*                   ☒
                                        *U. S. Attorney, Attn: Chief, Criminal Division*   ☒
                                        *Defense Attorney*                          ☐
                                        *Federal Public Defender, Attn: Chief Deputy*   ☒
                                        *U. S. Marshal (Warrant Cases only)*         ☐
                                        *Interpreter Section, Clerk's Office (When needed)*   ☐

SUP 216
1/10/07