# UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER: |
| | Plaintiff(s) | CR09-00488-DDP |
| vs. | | |
| ANTHONY ROBERT REYNA | | WARRANT FOR ARREST |
| | Defendant(s) | |

## TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   ANTHONY ROBERT REYNA

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n):   ☐ Complaint   ☐ Indictment

☐ Information   ☐ Order of Court   ☒ Violation Petition   ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18   United States Code, Section(s) 3583(e)(3)

| | |
|---|---|
| Terry Nafisi | |
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 9/11/2014, Los Angeles, CA |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| s/ J. Remigio | BY: Hon. Dean D. Pregerson |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |

SUBJECT ARRESTED
BY USMS

DESCRIPTIVE INFORMATION FOR DEFENDANT AND ARRAIGNED ON
CONTAINED ON PAGE TWO   9/11/14   IN THE
CENTRAL DISTRICT
OF CALIF.

SIGNATURE OF ARRESTING OFFICER