UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 09-00488  DDP                                              Dated: November 3, 2014

================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   ANTHONY ROBERT REYNA                 1)   Marisol Orihuela
      Not Present                                              Not Present

_____

PROCEEDINGS:      MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the VIOLATION OF SUPERVISED RELEASE HEARING is hereby continued from November 5, 2014 to November 6, 2014 at 11:00 a.m.


**cc:  P. O.**

:   N/A

Initials of Deputy Clerk   JAC

CR-11 (09/98)                             **CRIMINAL MINUTES - GENERAL**                           Page 1 of 1