1 | HILARY POTASHNER (Bar No. 167060)
Acting Federal Public Defender
2 | MARISOL ORIHUELA (Bar No. 261375)
(E-Mail: Marisol_Orihuela@fd.org)
3 | Deputy Federal Public Defender
321 East 2nd Street
4 | Los Angeles, California 90012-4202
Telephone: (213) 894-2644
5 | Facsimile: (213) 894-0081

6 | Attorneys for Defendant
ANTHONY ROBERT REYNA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO. CR 09-488-DDP |
|---|---|
| Plaintiff, | **EXHIBITS RE: SENTENCING** |
| v. | |
| ANTHONY ROBERT REYNA, | |
| Defendant. | |

Defendant, Anthony Robert Reyna, through his attorney of record, Deputy Federal Public Defender Marisol Orihuela hereby files the attached exhibits for this Court's consideration at the time of sentencing.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: November 6, 2014   By  */s/ Marisol Orihuela*
MARISOL ORIHUELA
Deputy Federal Public Defender