# EXHIBIT A

To Judge Pregerson:

Hello my name is Rosalva McHenry, and I am writing in reference of Anthony Reyna, who is appearing before your court, and I'm writing to ask for a leniency when it comes to the sentencing of my (boyfriend/husband), Anthony Reyna.

Anthony Reyna and I have been together for 21 years, and we have 3 kids together. He's a loving and wonderful kind person. I know he has made mistakes in his life, being in and out of jail. But I can truly say that this time around, he has change for the better. He got a job the first week he got out, and still has that job waiting for him. He was checking in and going to his drug testing like he suppose to. At the same time he would come home to take care of his kids and family both physically and financially, something that we have been longing for. He's helped those in need, especially his mother-in-law with helping her pack and move her stuff since were losing our home. He was the only man of the house that we can depend on.

He has made some mistakes in his life, but he's been working hard now to make amends and by that is to do what he can to at least to try to make it better for everyone involved. He is working to provide for a better existence for his family. Giving him a harsh sentence will not help in this matter, and will only serve to keep a good man away from his family for far too long.

Anthony Reyna has a family that needs him and love him and children, all of whom need their father around. We all miss him terribly. I hope you will consider this when determining the sentence.

Thank you,

Rosalva McHenry

# EXHIBIT B

Dear Judge Pregerson,                                                        Nov. 5, 2014

My name is Alyssa McHenry, I am the daughter of Anthony Reyna, who is currently incarcerated. I am writing in reference to my father Anthony Reyna who will appear to court for his charges.

I believe I am in position to speak for Anthony Reyna's moral character. I hope that you can take this letter into account when making your decision.

My dad is a very good person. He has always been outgoing, cordial, sociable, and gracious with others. This time he got out of prison he has had a strong sense of responsibilities to fufill his duties. His duties which had applied to our family and his job. He had also possessed a great deal of integrity and constantly strived to make sure he is doing the right thing.

I know it's difficult for you to understand since you don't know the person standing in front of you. I understand that this will be a hard decision for you because of my fathers past. Hopefully, you can understand that my dad is the kind of person whom people love to be around. I hope this letter shows that my dad deserves a second chance in the factor of your decision.

Speaking as a daughter of Anthony Reyna's he is a very good father. I know he is not perfect, but since he's been out he's tried his best to help my family out. He has helped emotionally, financially, physically, and

verbally. It's something that we have long been waiting for. I know that he has to pay the consequences for the mistakes that he has made. He was really doing good and making an effort to do good. My father and I always spent time together and we did have our ups and downs, but we overcame them. Our relationship has gotten stronger since he's been out. I do think and believe with all of my heart that he should get a second chance. I also believe that he should have rules to go by and obey for mistakes. Hopefully you can take my words into consideration. I do believe my dad should in my life at this time as I am growing up to an adult. Thank you once again for taking the time to read this.

Sincerely,

Alyssa McKenney

# EXHIBIT C

# Avatec Consctruction Co.

To whom it may concern,

The purpose of this letter is to speak to the character of Anthony Reyna, whom I have employed since December of 2013.  In Anthony Reyna's time as my employee, he has excelled and was on his way to becoming a shift supervisor.  My experience with Anthony has been very positive and the company has had no issues or problems with his work or attendance. While he was on job sites, he always received positive references from our clients for his positive attitude and work ethic.

Anthony has always been very friendly with all employees and clients alike.  He is a pleasure to work with and have on our team.

If I can be of further assistance please feel free to contact me

Sincerely,

Byron Priestley,

Operations, Avatec Construction Company