UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 09-00488 DDP                                    Dated: November 6, 2014

===============================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================
U.S.A. vs (Dfts listed below)              Attorneys for Defendants

1)   ANTHONY ROBERT REYNA              1)   Marisol Orihuela
     present in custody                      present appointed

_____

PROCEEDINGS:   FINAL VIOLATION OF SUPERVISED RELEASE HEARING

Refer to the JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE to be issued hereafter.

See Original Judgment dated: 02-26-2010

Defendant informed of right to appeal.


                                                          00  :  10
                                        Initials of Deputy Clerk   JAC

CR-11 (09/98)                  **CRIMINAL MINUTES - GENERAL**                 Page 1 of 1