1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,      )   Case No. CR 09-00488  DDP
                                     )
12                    Plaintiff,     )   JUDGMENT AND COMMITMENT ORDER
                                     )   FOLLOWING REVOCATION OF
13        v.                         )   SUPERVISED RELEASE
                                     )
14   ANTHONY ROBERT REYNA,           )
                                     )
15                    Defendant.     )
     _____)
16

17        On Thursday, November 6, 2014, the matter came on regularly

18   for hearing on the Petition for Revocation of Probation and

19   Supervised Release filed on May 7, 2014.  Appearing on behalf of

20   the Defendant was Marisol Orihuela, Deputy Federal Public Defender,

21   and appearing on behalf of the Government was Assistant United

22   States Attorney Jennifer Anne Corbet.  Also present was Probation

23   Officer Jana Rivers.

24        The defendant, after having been advised of the allegations as

25   contained in the Petition, admitted to the truthfulness of each of

26   allegation Nos. One through Six as contained in the Petition.

27   The Court grants the Government's request to withdraw allegation

28   No. Seven.

1    The Court found the Defendant to have violated the terms and
2  conditions of Supervised Release as set forth in the Judgment and
3  Probation/Commitment Order of the United States District Court for
4  the Central District of California filed on February 26, 2010.  The
5  Court ORDERS the Supervised Released, revoked, vacated and set
6  aside.

7    It is adjudged that Defendant, ANTHONY ROBERT REYNA, is hereby
8  committed to the custody of the Bureau of Prisons for a term of two
9  (2) months.  Upon release from imprisonment defendant shall be
10  placed on supervised release for a term of Thirty-two(32) months
11  under the original terms and conditions as set forth in the
12  Judgment and Probation/Commitment Order of the United States
13  District Court for the Central District of California filed on
14  February 26, 2010 with the two additional terms and conditions:

16    The defendant shall be **released directly** to and reside for a
17    period of between Three (3) and Six (6) months at a
18    residential drug treatment program approved by the U. S.
19    Probation Office for treatment of narcotic addiction or drug
20    dependency, until discharged by the Program Director and
21    Probation Officer;

23    The defendant shall participate in an outpatient substance
24    abuse treatment and counseling program that includes
25    urinalysis, breath, and/or sweat patch testing, as directed by
26    the Probation Officer.  The defendant shall abstain from using
27    illicit drugs, and abusing prescription medications and
28    alcohol during the period of supervision.

1        It is ordered that the clerk deliver a copy of this Judgment

2  and Probation/Commitment Order to the U.S. Marshal or other

3  qualified officer

4

5  Dated: <u>November 6, 2014</u>

6                                              _____
                                               DEAN D. PREGERSON
                                               United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28