**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**TO:**   Clerk, United States District Court

Attention:   John A. Chambers                                    Date:   November 16, 2015
                      Deputy Clerk

**SUBJECT:   <u>REQUEST FOR CALENDAR DATE</u>**

| NAME<br>        Anthony Robert Reyna | DOCKET NO.<br>      CR 09-00488 DDP | BOOKING NO. |
|---|---|---|

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY   Marisol Orihuela<br>TELEPHONE NO.:   213-894-2644 |
|---|---|

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on 12/7/2015 at 10:00 am. A citation will be issued to the offender

Interpreter Needed?   ☐ Yes         ☒ No              Language Type: _____

FERREOL VIDANA, 909-383-6311                          MARK CHAVEZ, 909-383-5730
        U. S. PROBATION OFFICER                          SUPERVISING PROBATION OFFICER

**FAX NO.**  909-383-5602

*Routing of Request:*        *Orig. To Clerk's Office*          *Copies to:*    *U. S. Attorney (Chief, Criminal Division)*
                                                                          *Federal Public Defender (Chief Deputy)*

---

*FOR CLERK'S USE ONLY*

       **PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Dean D. Pregerson, United States District Judge on December 17, 2015 at 11:00 a.m., in Courtroom No. 3.

CLERK, U. S. DISTRICT COURT

Date   December 07, 2015                          By   John A. Chambers
                                                                          Deputy Clerk

*Routing on Notice by Clerk:*     *Original -*    *Court File*                                          ☐
                                        *cc:*    *U. S. Probation Officer*                            ☑
                                                 *U. S. Attorney, Attn: Chief, Criminal Division*      ☑
                                                 *Defense Attorney*                                   ☐
                                                 *Federal Public Defender, Attn: Chief Deputy*         ☑
                                                 *U. S. Marshal (Warrant Cases only)*                  ☐
                                                 *Interpreter Section, Clerk's Office (When needed)*   ☐

SUP 216
1/10/07