UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 09-00488  DDP                                              Dated: December 17, 2015

===================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===================================================================
U.S.A. vs (Dfts listed below)                Attorneys for Defendants

1)   ANTHONY ROBERT REYNA               1)   Moriah Radin
     present on citation                          present appointed

_____

PROCEEDINGS:      STATUS CONFERENCE RE: SUPERVISED RELEASE
                  HEARING

   Court and counsel confer as reflected on the record.

   The defendant is ordered to receive a mental health evaluation and treatment as necessary.  The probation department will assist in that regard on a priority basis.

   The matter is continued to March 21, 2016 at 1:30 p.m.


cc: P. O.

                                                              00   :   10
                                    Initials of Deputy Clerk   JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                          Page 1 of 1