UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 09-00488  DDP                              Dated: March 4, 2016

======================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

======================================================================
U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)   ANTHONY ROBERT REYNA          1)   Marisol Orihuela
     Not Present                         Moriah Radin
                                         Not Present

_____

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)

    **COUNSEL ARE NOTIFIED** that on the Court's own motion the VIOLATION OF SUPERVISED RELEASE HEARING is hereby continued from March 21, 2016 to March 31, 2016 at 11:00 a.m.

**cc:  P. O.**

                                                        :   N/A
                                    Initials of Deputy Clerk   JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1