UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 09-00488  DDP                                              Dated: March 16, 2016

================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

================================================================
U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)   ANTHONY ROBERT REYNA            1)   Marisol Orihuela
     Not Present                          Moriah Radin
                                          Not Present

_____

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)


    At the request of defense counsel, the VIOLATION OF SUPERVISED RELEASE HEARING is hereby continued from March 31, 2016 to April 18, 2016 at 1:30 p.m.



**cc:   P. O.**

                                                           :   N/A
                                    Initials of Deputy Clerk        JAC