UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<mark>AMENDED</mark>
CRIMINAL MINUTES -- GENERAL

Case No.   CR 09-00488 DDP                                     Dated: December 17, 2015

================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   ANTHONY ROBERT REYNA                  1)   Moriah Radin
     present on citation                         present appointed

_____

PROCEEDINGS:   STATUS CONFERENCE RE: SUPERVISED RELEASE HEARING

Court and counsel confer as reflected on the record.

The matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on December 9, 2015. The defendant, after having been advised of the allegations as contained in the Petition, admitted each of allegation Nos. One, Two and Three as contained in the Petition.

The defendant is ordered to receive a mental health evaluation and treatment as necessary. The probation department will assist in that regard on a priority basis.

The matter is continued to March 21, 2016 at 1:30 p.m.


cc: P.O.

                                                           :    10

                                          Initials of Deputy Clerk    JAC