UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES -- GENERAL

Case No.   CR 09-00488  DDP                          Dated: April 18, 2016

==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| Patricia Gomez | Maria Bustillos | Jennifer Anne Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

==================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   ANTHONY ROBERT REYNA                1)   Marisol Orihuela
     present on citation                       present appointed

_____

PROCEEDINGS:          FINAL VIOLATION OF SUPERVISED RELEASE
                      HEARING


     Refer to the Judgment and Commitment Order Following Revocation of Supervised Release
     to be issued hereafter.

     Defendant informed of right to appeal.



cc: P.O.


                                               _____  :   14

                                 Initials of Deputy Clerk        PG