UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 09-00488  DDP |
| ) | |
| Plaintiff, ) | JUDGMENT AND COMMITMENT ORDER |
| ) | FOLLOWING REVOCATION OF |
| v. ) | SUPERVISED RELEASE |
| ) | |
| ANTHONY ROBERT REYNA, ) | |
| ) | |
| Defendant. ) | |

On Monday, April 18, 2016, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on December 9, 2015.  Appearing on behalf of the Defendant was Marisol Orihuela, Deputy Federal Public Defender, and appearing on behalf of the Government was Assistant United States Attorney Jennifer Anne Corbet.  Also present was Probation Officer Ferreol Vidana.

On December 17, 2015, the defendant, after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of each of allegation Nos. One, Two and Three as contained in the Petition.

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California filed on February 26, 2010. The Court ORDERS the Supervised Released, revoked, vacated and set aside.

It is adjudged that Defendant, is hereby committed to the custody of the Bureau of Prisons for a term of three (3) months with no supervision to follow.

IT IS ORDERED that the defendant shall self-surrender to the institution designated by the BOP on June 1, 2016 on or before 12 noon, in the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal at 255 East Temple Street, Los Angeles, California, 90012.

It is ordered that the clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer

Dated: <u>April 20, 2016</u>

_____
DEAN D. PREGERSON
United States District Judge