

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

To:  ☐ Chief Deputy    ☐ Fiscal

Re:  **Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: 2:09-cr-00488-DDP
Defendant's Name: Anthony Robert Reyna

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on 6/1/16 . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :** 6/2/16 **, it was verified the defendant:**

☐   the Bureau of Prisons was unable to provide information as the above-named defendant.

☐   has commenced their electronic monitoring.

☐   has completed their electronic monitoring.

☐   has reported to the U.S. Probation Office.

☑   has surrendered to the Bureau of Prisons.

☑   Other: Surrendered to US Marshals on 6/2/16.

**Verified via  ☐ telephone or  ☑ e-mail with the following:**

☐   U.S. Probation Officer: _____ ,
                                *(Name of Officer)*
☐   Bureau of Prisons: _____ ,
                           *(Name of Officer)*
☑   U.S. Marshal: Kelly Gutierrez _____ ,
                       *(Name of Officer)*

6/3/16                              By Lori Muraoka
Date                                    Deputy Clerk

CR-86 (11/08)                **VERIFICATION OF SURRENDER**